# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALICIA R. DIXON AND WEST J. DIXON

VERSUS

D.R. HORTON, INC.-GULF COAST; BELL MECHANICAL SERVICES; AND BELL MECHANICAL HOLDINGS, LLC

NO.  2025 CW 0997

**DECEMBER 11, 2025**

---

In Re:    D.R. Horton, Inc.-Gulf Coast, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 716640.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**STAY DENIED; WRIT DENIED.**

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT